FILED
MAR 24 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW W. BROWN, <br><br> Plaintiff, <br><br> v. <br><br> MWH AMERICAS, INC., an Illinois Corporation d/b/a MONTGOMERY WATSON HARZA, <br><br> Defendant. | Case No. **05C 1741** <br><br> (State of Illinois, County of Cook) <br> Law Department <br> Case No. 04 L 013118) <br><br> JUDGE BUCKLO <br><br> MAGISTRATE JUDGE MASON |

## NOTICE OF REMOVAL

Defendant, MWH Americas, Inc., incorrectly named by Plaintiff as "MWH Americas, Inc., an Illinois Corporation d/b/a Montgomery Watson Harza," (hereinafter "MWH" or "Defendant"), by and through its attorneys, Littler Mendelson, P.C., and pursuant to 28 U.S.C. §§ 1441 and 1446 state the following grounds in support of removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois:

1. On or about November 22, 2004, the Plaintiff, Matthew W. Brown, filed a lawsuit in the Circuit Court of Cook County, Illinois entitled <u>Matthew W. Brown v. MWH Americas, Inc., an Illinois Corporation d/b/a Montgomery Watson Harza</u>, Case No. 04-L-013118. Plaintiff agreed to grant Defendant an extension of time to answer or otherwise plead until March 29, 2005. The Circuit Court issued an order to this effect on March 8, 2005. A copy of the Complaint and the Court's March 8, 2005 Order are attached hereto as Exhibits A and B, respectively.

2. The complaint alleges a single count of breach of contract in violation of Illinois law.

3. MWII is the sole defendant in the above-named action.

4. Upon information and belief, at the time this action was commenced and at all relevant times thereafter to the present, Plaintiff was a citizen of the State of Illinois.

5. Defendant is incorporated under the laws of the State of California and its principal place of business is located in the State of California.

6. Plaintiffs' Complaint seeks "damages for the breach of contract," which he believes to be "severance pay of six to nine months' compensation." (Compl. ¶¶ 10, 11). Plaintiff also seeks his costs and expenses and "such other relief as this Court deems just and appropriate." At the time of his separation of employment from Defendant, Plaintiff's salary was approximately $125,000 per year. Moreover, on March 8, 2005, Plaintiff's counsel informed the Circuit Court that his demand in this action is approximately $125,000. Accordingly, upon information and belief, the amount in controversy exceeds $75,000.00.

7. Thus, this action is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00.

8. Under the circumstances, this suit is one that could have been brought originally before this Court pursuant to 28 U.S.C. § 1332. It therefore may be removed to this Court pursuant to 28 U.S.C. § 1441 (b).

9. This Notice of Removal is being filed in the United States District Court for the Northern District of Illinois, Eastern Division, the district court of the United States for the

district and division within which the state court action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

12. Attached hereto as Exhibit C is a copy of the Notice to Clerk of the Circuit Court of Cook County, the original of which is being filed with said Clerk as required by 28 U.S.C. § 1446(d).

13. Attached hereto as Exhibit D is a copy of the Notice to Adverse Party of Removal of Action, the original of which is being served on Plaintiffs' counsel as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

MWH AMERICAS, INC.

By: /s/ Amanda Helm Wright
One of Its Attorneys

Frederick L. Schwartz
Amanda Helm Wright
LITTLER MENDELSON, P.C.
200 N. LaSalle St., Suite 2900
Chicago, IL 60601
312.372.5520
Attorney Number: 34950

Dated: March 24, 2005

Atty No. 23097

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT LAW DIVISION

| | | |
|---|---|---|
| Matthew W. Brown, | ) | |
| Plaintiff, | ) ) ) | No. |
| v. | ) ) | |
| MWH Americas, Inc., an Illinois Corporation d/b/a Montgomery Watson Harza | ) ) ) ) | |
| | ) ) | Plaintiff Demands Trial by Jury |
| Defendant. | ) | |

FILED
2004 NOV 22 PM 2:58
04L 013...
CALENDAR S...
BREACH OF CONTRACT

### Complaint for Breach of Contract

Plaintiff Matthew W. Brown by his attorneys, Pierce, Yavitz & Eslick, Ltd., complains of Defendant as follows:

1. Plaintiff is Matthew W. Brown ("Mr. Brown").

2. Defendant is MWH Americas, Inc., an Illinois corporation, d/b/a Montgomery Watson Huiza, doing business in Chicago, Illinois.

3. In July, 2002, Defendant announced it was going to eliminate the Fossil Power Business Unit where Mr. Brown worked.

4. At that time, Defendant asked Mr. Brown to continue employment with Defendant to assist it in closing its Fossil Power Business Unit.

5. Defendant agreed that when Mr. Brown had substantially dismantled the Fossil Power Business Unit, Defendant would give Mr. Brown a severance package of between six to nine months' of Mr. Brown's annual compensation.

EXHIBIT A

1

6. Mr. Brown performed all conditions required of him pursuant to this agreement.

7. In July, 2002, Mr. Brown's anticipated yearly compensation was approximately $300,000.00.

8. On November 25, 2002, Defendant terminated Mr. Brown due to job elimination and offered him four weeks of severance pay.

9. Defendant breached its contract by closing its Fossil Power Business Unit without paying Mr. Brown the agreed upon severance amount of six to nine months' compensation.

10. As a proximate result of Defendant's breach of contract, Mr. Brown has been damaged in an amount greater than the jurisdictional requirement of the Law Division.

WHEREFORE, Plaintiff, Matthew W. Brown, prays that this Court enter judgment in his favor and against Defendant for:

a. Damages for the breache of contract;

b. The reasonable expenses and costs of this action, and such other relief as this Court deems just and appropriate.

Matthew W. Brown, Plaintiff

By Barry Yavitz, One of Plaintiff's Attorneys

Barry Yavitz, Esq.
Pierce, Yavitz & Eslick, Ltd.
Matthew W. Brown.
39 S. LaSalle Street
Suite 920
Chicago IL 60603
(312) 346-7863
Attorney No. 23097

2

## Verification by Certification

Under penalties as provided by law pursuant to § 1-109 of the Code of Civil Procedure, Matthew W. Brown certifies that the statements set forth in this Verified Complaint are true and correct, except as to matters therein stated to be on information and belief, and as to such matters Matthew W. Brown certifies as aforesaid that he verily believes the same to be true.

_____
Matthew W. Brown

November 19, 2004

Barry Yavitz, Esq.
Pierce, Yavitz & Eslick, Ltd.
Matthew W. Brown.
39 S. LaSalle Street
Suite 920
Chicago IL 60603
(312) 346-7863
Attorney No. 23097

3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Brown ) No. 04 L 13118
Plaintiff(s), )
) Calendar S
v. )
) Judge Lee Preston
MWH America )
Defendant(s). )

## CASE MANAGEMENT ORDER
(please check off all paragraphs and circle proper party name)

(4296) ___ 1. **Written** fact discovery to be completed by _____
(4218) ___ 2. **Oral** fact discovery to be completed by _____
(4296) ___ 3. _____ shall complete outstanding written discovery _____
(4218) ___ 4. _____ shall be presented for deposition by _____
(4296) ___ 5. All other non-opinion written/oral discovery to be completed by _____
(4206) ___ 6. _____ shall answer 213(f) interrogatories by _____
(4218) ___ 7. Plaintiff's 213(f)(1), 213(f)(2) and 213(f)(3) witnesses to be deposed by _____
(4218) ___ 8. Defendant's (213)(f)(1), 213(f)(2) and 213(f)(3) witnesses to be deposed by _____
(4405) ___ 9. The matter is continued for Pre-Trial Settlement Conference _____ at _____
(4482) ___ 10. The matter is continued for (Bench/Jury) Trial on _____ at _____
(4619) _X_ 11. The matter is continued for subsequent Case Management Conference on May 4, at 10 am in Room 2004

_X_ 12. Other: Defendant has to and including March 24, 2005 to answer or otherwise plead to the complaint. The case management date of March 24, 2005 is stricken

EXHIBIT B

Atty ID 23097
Name _____
Atty for Party Plaintiff
Address _____
Telephone 598-7863

ENTER: **JUDGE LEE PRESTON**
MAR 8 2005
Circuit Court - 1652
Judge No. 1652

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT LAW DIVISION

| | |
|---|---|
| MATTHEW W. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04 L 013118 |
| | ) |
| MWH AMERICAS, INC., an Illinois | ) |
| Corporation d/b/a MONTGOMERY | ) |
| WATSON HARZA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

To: Clerk of the Court
Circuit Court of Cook County
Richard J. Daley Center
50 West Washington Street
Chicago, IL 60602

PLEASE TAKE NOTICE that Defendant MWH Americas, Inc., by and through its attorneys, Littler Mendelson, P.C. has on this day filed with the United States District Court for the Northern District of Illinois, Eastern Division, a Notice of Removal of this action from the Circuit Court of Cook County, Illinois to the Northern District of Illinois, Eastern Division. True and correct copies of the Notice of Removal and the Notice to Adverse Party of Removal of Action are attached hereto as Exhibits 1 and 2, respectively.

Respectfully submitted,

MWH AMERICAS, INC.

By: /s/ [signature]
One of Its Attorneys

EXHIBIT C

Frederick L. Schwartz
Amanda Helm Wright
LITTLER MENDELSON, P.C.
200 N. LaSalle St., Suite 2900
Chicago, IL 60601
312.372.5520
Attorney Number: 34950

Dated: March 24, 2005

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing Notice of Filing Notice of Removal on the following party via U. S. Mail on March 24, 2005:

Barry Yavitz, Esq.
Pierce, Yavitz & Eslick, Ltd.
39 South LaSalle Street
Suite 920
Chicago, Illinois 60603

_____
Amanda Helm Wright

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT LAW DIVISION

| | |
|---|---|
| MATTHEW W. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04 L 013118 ) |
| MWH AMERICAS, INC., an Illinois Corporation d/b/a MONTGOMERY WATSON HARZA, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION

To: Barry Yavitz, Esq.
Pierce, Yavitz & Eslick, Ltd.
39 S. LaSalle Street, Suite 920
Chicago, IL 60603

PLEASE TAKE NOTICE that Defendant MWH Americas, Inc., by and through its attorneys, Littler Mendelson, P.C. has on this day filed with the United States District Court for the Northern District of Illinois, Eastern Division, a Notice of Removal of this action from the Circuit Court of Cook County, Illinois to the Northern District of Illinois, Eastern Division. True and correct copies of the Notice of Removal and the Notice of Filing of Notice of Removal of Action are attached hereto.

Respectfully submitted,

MWH AMERICAS, INC.

By: _____
One of Its Attorneys

Frederick L. Schwartz
Amanda Helm Wright
LITTLER MENDELSON, P.C.
200 N. LaSalle St., Suite 2900
Chicago, IL 60601
312.372.5520
Attorney Number: 34950

Dated: March 24, 2005

EXHIBIT D

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing Notice to Adverse Party of Removal of Action on the following party via U. S. Mail on March 24, 2005:

Barry Yavitz, Esq.
Pierce, Yavitz & Eslick, Ltd.
39 South LaSalle Street
Suite 920
Chicago, Illinois 60603

_____
Amanda Helm Wright

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing Notice of Removal on the following party via U. S. Mail on March 24, 2005:

Barry Yavitz, Esq.
Pierce, Yavitz & Eslick, Ltd.
39 South LaSalle Street
Suite 920
Chicago, Illinois 60603

_____
Amanda Helm Wright